# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TROY EMANUEL, JR.,

    Plaintiff

v.

D. KIRKLAND, et al.,

    Defendants

Case No.: 3:21-cv-00308-CSD

**Order**

    The court *sua sponte* refers this case to the Pro Bono Program adopted in Second Amended General Order 2019-07 for the purpose of screening financial eligibility (if necessary) and identifying counsel willing to be appointed as counsel for Plaintiff. *See* Second Amended General Order 2019-07, Section 1(a)(2) ("At any time during the course of litigation, an assigned Judge may refer the case to the Program for the appointment of pro bono counsel."). The scope of appointment is for all purposes. By referring this case to the Program, the court is not expressing an opinion as to the merits of the case.

    The Clerk of Court is directed to forward this order to the Pro Bono Liaison.

**IT IS SO ORDERED**.

Dated: April 29, 2024

_____
Craig S. Denney
United States Magistrate Judge